Jason Aron Itkin
TX No. 24032461
**ARNOLD & ITKIN LLP**
1401 McKinney Street, #2550
Houston, TX 770010
(713) 222-3800
(713) 222-3850 facsimile
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **Case No. 06-7282 CRB**<br><br>**MDL NO. 1699**<br>**District Judge:  Charles R. Breyer** |
| Linda Cote,<br><br>                              Plaintiffs,<br><br>                    vs.<br><br>Pfizer Inc., et al.<br>                              Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff Linda Cote, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named herein only with each side bearing its own attorneys' fees and costs.

DATED: _____, 2011          MATTHEWS & ASSOCIATES

By:_____ by permission
         Jason Aron Itkin
         *Attorneys for Plaintiffs*

-1-

1

DATED: ___Aug. 17___, 2011    DLA PIPER LLP (US)

2

3    By: _____

_Attorneys for Defendants_

4

5

6    **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
IT IS SO ORDERED.**

7

8

Dated: _Aug. 19, 2011_

9    _____
Hon. Charles R. Breyer
United States District Court

10

11    IT IS SO ORDERED

12

13    Judge Charles R. Breyer

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE